**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTONIO LAMAR DAVIS                                                                                         PETITIONER
Reg. #03162-044

v.                                         NO. 2:11CV00027 JLH

T.C. OUTLAW, Warden,                                                                                      RESPONDENT
FCI, Forrest City, AR

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice. Petitioner's motion for leave to proceed *in forma pauperis* (doc. 1) is denied as moot.

IT IS SO ORDERED this 28th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE