**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ANTONIO LAMAR DAVIS                                                                              PETITIONER
Reg. #03162-044

v.                                              NO. 2:11CV00027 JLH

T.C. OUTLAW, Warden,                                                                              RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 28th day of March, 2011.

*/s/ J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE